# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 2, 2005

Clifford W. Taylor,
Chief Justice

128224

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
　　　　Plaintiff-Appellee,

v

LANGSTON LONNELL ROGERS,
　　　　Defendant-Appellant.

SC: 128224
COA: 250509
Baraga CC: 03-000818-FH

_____/

　　　　On order of the Court, the application for leave to appeal the January 20, 2005 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.

　　　　KELLY, J., would remand this case to the Court of Appeals for reconsideration in light of *People v Russell*, 471 Mich 182 (2004).



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 2, 2005

_____
Clerk

s1026